DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KHADIJAH R. FARAKHAN,, | ) | |
| | ) | CASE NO. 5:11-CV-1020 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT ENTRY** |
| | ) | |
| MR. EDMOND, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that this action is dismissed as pursuant to 28 U.S.C. § 1915(e). Further, the court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

Case closed.

  September 6, 2011  　　　　　　　　　　　　　　　   s/ *David D. Dowd, Jr.*  
Date　　　　　　　　　　　　　　　　　　　　　　　　David D. Dowd, Jr.  
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge